Hans A. Mitchell
CAREY PERKINS LLP
Sixteenth Floor, U.S. Bank Plaza
101 South Capitol Boulevard
P. O. Box 519
Boise, Idaho 83701
Telephone: (208) 345-8600
Facsimile: (208) 345-8660
ISB No. 5565

Attorneys for Defendant
  Mt. Hawley Insurance Company

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THE PASTIME BAR & GRILL, INC., an Idaho corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>MT. HAWLEY INSURANCE COMPANY, a corporation doing business in the state of Idaho,<br><br>  Defendant. | Case No. _____<br><br>NOTICE OF REMOVAL |

TO: UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

The Defendant Mt. Hawley Insurance Company, (hereinafter "Defendant"), respectfully alleges as follows:

NOTICE OF REMOVAL - 1

1. This Notice of Removal is filed pursuant to 28 U.S.C. § 1446(a) and (b) for the purpose of removing this action from the District Court of the First Judicial District of the State of Idaho for the County of Bonner.

2. Plaintiff served a copy of the Complaint on Defendant on April 22, 2010. This was the first notice of this lawsuit provided to Defendant. A true and correct copy of the entire state court record and a copy of the case history for this action are attached hereto as **Exhibit A**. This action was brought in the District Court of the First Judicial District of the State of Idaho for the County of Bonner, styled and captioned exactly as above, and assigned case number CV-10-448. The District Court of the First Judicial District of the State of Idaho for the County of Bonner, is located within the jurisdiction of the United States District Court for the District of Idaho.

3. Defendant has not yet answered or otherwise responded to Plaintiff's Complaint and, in accordance with 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty (30) days after receipt by Defendant of a copy of the Summons and Complaint. A Motion and Affidavit for Service Outside the State of Idaho, Verification of Complaint, Order Granting Leave for Service Outside the State of Idaho and two Affidavits of Service have been filed in the above matter. Upon information and belief, no other pleadings or papers have been filed in this action with exception of a Notice of Removal to Federal Court, a copy of which is attached as **Exhibit B**.

4.  Case No. CV-10-448 is a civil action in which Plaintiff seeks to recover against Defendant for alleged breach of contract, bad faith and declaratory relief.

5.  Removal of this action is proper, pursuant to 28 U.S.C. § 1332, as the amount in controversy exceeds $75,000.00, and there is complete diversity of citizenship between Plaintiff and Defendant. Plaintiff is an Idaho corporation and Defendant Mt. Hawley Insurance Company is an Illinois corporation with its principal place of business in Peoria, Illinois.

6.  The amount in controversy is at least $116,000 and therefore exceeds the $75,000 jurisdictional requirement for a diversity action. Plaintiff's Complaint alleges that claims brought against it by Daniel Smith are covered under a policy of insurance issued by Defendant to Plaintiff. Daniel Smith has alleged that the value of his claims are at least $96,000. A true and correct copy of that demand is attached as **Exhibit C**. Furthermore, Plaintiff in this matter also seeks damages in two separate causes of action, each of which it alleges exceeds $10,000 in value for a total in excess of $20,000.

7.  Pursuant to 28 U.S.C. § 1446(a), (b) and (d), this state court action which was commenced in the District Court of the First Judicial District of the State of Idaho for the County of Bonner may be removed to the United States District Court for the District of Idaho.

8.  Proper notice will be given this date to Plaintiff herein, by and through their counsel of record, and to the Clerk of the District Court of the First

Judicial District of the State of Idaho for the County of Bonner; a true and correct copy of the notice is attached hereto as **Exhibit B** and, by this reference, incorporated herein as if set forth in full.

WHEREFORE, Defendant prays that the above-entitled action pending against them in the District Court of the First Judicial District of the State of Idaho for the County of Bonner, be removed to this Court.

DATED this 20 day of May, 2010.

CAREY PERKINS LLP

By /s/ Hans A. Mitchell
Hans A. Mitchell, Of the Firm
Attorneys for Defendant
Mt. Hawley Insurance Company

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20 day of May, 2010, I electronically filed the foregoing NOTICE OF REMOVAL with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following CM/ECF Registered Participants:

| | | |
|---|---|---|
| D. Toby McLaughlin | [X] | CM/ECF System |
| Berg & McLaughlin, Chtd. | [ ] | U.S. Mail, postage prepaid |
| 708 Superior Street, Ste. B | [ ] | Hand-Delivered |
| Sandpoint, Idaho 83864 | [ ] | Overnight Mail |
| *Attorneys for Plaintiff* | [ ] | Facsimile (208) 263-7557 |

/s/ Hans A. Mitchell
Hans A. Mitchell

NOTICE OF REMOVAL - 4