# UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| THE PASTIME BAR & GRILL, INC., an Idaho Corporation;<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MT. HAWLEY INSURANCE COMPANY, a corporation doing business in the state of Idaho;<br><br>　　　　Defendant. | NO. CV 10-259-N-EJL<br><br><br>ORDER FOR DISMISSAL WITH PREJUDICE |

The Stipulation for Dismissal with Prejudice between Plaintiff Pastime Bar & Grill, Inc. and Defendant Mr. Hawley Insurance Company having duly and regularly come before this Court, and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, and this does order, adjudge and decree, that the above-entitled cause between Plaintiff Pastime Bar & Grill, Inc. and Defendant Mt. Hawley Insurance Company is hereby dismissed with prejudice, each party to bear their own costs and attorney's fees.

DATED this 5th day of January, 2011.

//end of text//

Order submitted by:

_____
Toby McLaughlin
Attorney for Plaintiff

January 5, 2011

_____
Honorable Edward J. Lodge
U.S. District Judge

ORDER FOR DISMISSAL WITH PREJUDICE - 1

# CERTIFICATE OF SERVICE

I hereby certify that on this _____ day of January, 2011, I electronically filed the foregoing Order for Dismissal with Prejudice with the Clerk of the Court using the CM / ECF system which sent a notice of electronic filing to the following CM / ECF registered participants:

| | |
|---|---|
| Hans A. Mitchell<br>CAREY PERKINS, LLP<br>PO BOX 519<br>Boise, ID 83701<br><br>*Attorneys for Defendant* | ☐ By CM / ECF Notice<br>☐ By U.S. Mail<br>☐ By Overnight Mail<br>☐ By Facsimile Transmission |
| Toby McLaughlin<br>BERG & McLAUGHLIN<br>414 Church Street, Ste 203<br>Sandpoint, ID 83864<br><br>*Attorneys for the Plaintiff* | ☐ By CM / ECF Notice<br>☐ By U.S. Mail<br>☐ By Overnight Mail<br>☐ By Facsimile Transmission |

_____
Clerk

ORDER FOR DISMISSAL WITH PREJUDICE - 2